*Vernon S. Jones* for petitioner. *Solicitor General Sobe-loff, Assistant Attorney General Burger, Paul A. Sweeney* and *Herman Marcuse* for the United States.

No. 505. BARTRON ET AL. *v.* DELAWARE RIVER JOINT TOLL BRIDGE COMMISSION. C. A. 3d Cir. Certiorari denied. *Isadore Glauberman* for petitioners. *John H. Pursel* and *Robie L. Mitchell* for respondent. *Saul N. Schechter* filed a brief for the Town of Belvidere, New Jersey, et al., as *amici curiae,* urging that the petition for a writ of certiorari be granted.

No. 509. MARSMAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Herbert W. Clark* and *Nelson T. Hartson* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Louise Foster* for respondent.

No. 515. BOSTON METALS Co. *v.* COMPANIA DE ASTRAL, S. A. Court of Appeals of Maryland. Certiorari denied. *Nolan P. Chipman* for petitioner. *William A. Grimes* for respondent.

No. 516. KANE, ADMINISTRATRIX, *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD CORP. Supreme Court of Missouri. Certiorari denied. *Ernest D. Martin* for petitioner. *H. M. Langworthy* for respondent.

No. 517. McCATRON ET AL., DOING BUSINESS AS PRICE VALLEY LUMBER Co., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Oscar*

944

[redacted]

*W. Worthwine* for petitioners. *Solicitor General Sobeloff, David P. Findling and Dominick L. Manoli* for respondent.

No. 531. FIALER'S LIMOUSINES, INC. ET AL. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. *Allan P. Matthew* and *Walker W. Lowry* for Fialer's Limousines, Inc., and *Douglas Brookman* for Airline Ground Transportation Association, Inc., petitioners. *Everett C. McKeage* and *Halsey L. Rixford* for respondents. *Dion Holm,* for the City and County of San Francisco et al., and *Reginald L. Vaughan,* for Barrett Garages, Inc., filed a brief in opposition to the petition.

No. 520. LARDNER *v.* TWENTIETH CENTURY-FOX FILM CORP. C. A. 9th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Robert W. Kenny* for petitioner. *Irving M. Walker* for respondent.

No. 158, Misc. DOWNS *v.* CALIFORNIA. District Court of Appeal of California, Third Appellate District. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for respondent.

No. 204, Misc. IN RE HEILMAN. Supreme Court of Kansas. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Emmet A. Blaes* for petitioner. *John Berglund* for respondents.